# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY USA, INC., LITE-ON, INC., and LITE-ON TRADING USA, INC.,<br><br>Defendants. | Civil Action No. 6:21-CV-00183-ADA |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Defendants Lite-On Technology Corporation, Lite-On Technology USA, Inc., Lite-On, Inc., and Lite-On Trading USA, Inc. Please direct and serve all notices, pleadings, papers and other material relevant to this action to Mr. Tepera at the address listed below.

Dated: March 8, 2022

Respectfully submitted,

By: */s/ Steven P. Tepera*

Steven P. Tepera (Texas State Bar No. 24053510)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Telephone: 512.580.9600
Facsimile: 512.580.9601
Email: steven.tepera@pillsburylaw.com

Christopher Kao (*admitted*)
  christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
  david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
  brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: 415.983.1000
Facsimile:  415.983.1200

*Counsel for Defendants*
*Lite-On Technology Corporation, Lite-On Technology USA, Inc., Lite-On, Inc., and Lite-On Trading USA, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was served via ECF on all counsel of record on March 8, 2022.

                                           */s/ Steven P. Tepera*
                                             Steven P. Tepera